THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Zayed Bouri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>ZAYED BOURI,<br>　　　　Defendant. | Case No.: 2:22-cr-0084 DAD-2<br><br>DEFENDANT'S WAIVER OF APPEARANCE |

Defendant Zayed Bouri, herby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence. Defendant hereby requests the Court to proceed during every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

/ / /

/ / /

/ / /

- 2 -

DATED: January 20, 2023

/s/  Zayed Bouri
ZAYED BOURI

DATED: January 20, 2023

/s/  Thomas A. Johnson                        /s/  Monica A. Quinlan
THOMAS A. JOHNSON                         MONICA A. QUINLAN
Attorney for Zayed Bouri                       Attorney for Zayed Bouri

**ORDER**

IT IS SO ORDERED.

Dated:  **January 22, 2023**

_____
UNITED STATES DISTRICT JUDGE