PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MALCOLM SEGAL (SBN 075481)
EMILY E. DORINGER (SBN 208727)
Segal & Associates, PC
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone: (916) 441-0886

Attorneys for Defendant
KAYED BOURI

THOMAS A. JOHNSON (SBN 119203)
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorneys for Defendant
ZAYED BOURI

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:22-CR-00084 DAD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER REGARDING DEFENDANTS' RESTITUTION** |
| v. | |
| KAYED BOURI, ZAYED BOURI, | |
| Defendants. | |

The United States of America and Defendants Kayed Bouri and Zayed Bouri, by and through their counsel, hereby agree and STIPULATE as follows:

1.      On October 29, 2024, the Defendants were sentenced in the referenced case to terms of Probation, with the matter of Restitution reserved to a hearing currently scheduled for January 13, 2025.

2.      The Plea Agreements between the United States and the Defendants recite a loss amount to the Supplemental Nutrition Assistance Program ("SNAP") in an amount between $250,000 and $358,861.97.

3.      Subject to the Court's approval and further Orders, for the purpose of reaching a resolution and compromise of the disputed amount of restitution, the United States and the Defendants have agreed that restitution in the amount of $250,000 will fully satisfy all claims for restitution to the United States, and SNAP, as to both Defendants in this case and that an adequate factual basis exists to support that amount of restitution.

4.      Additionally, on April 27, 2017, agents of the United States executed Federal seizure warrants on bank accounts held in the name of the Mediterranean Market ("the Market"), on cash held at the Market, and on other bank accounts of individual owners of the Market.

5.      On March 30, 3021, the United States and the owners of the Market stipulated to a Consent Judgment of Forfeiture forfeiting funds seized from the Market's bank accounts and from cash on the business premises in the amount of $94,128.27. Judgment was entered in that amount in this District Court on April 12, 2021.

6.      The United States and the Defendants now agree that the forfeited amount of $94,128.27 should be offset as a credit against the restitution in this case because the forfeited funds came from the bank account of the Market and from cash funds held by the business and were derived from the operation of the business by Defendants, and agree that the remaining amount shall be paid as restitution on behalf of both Defendants to the Clerk of this Court.

AMENDED STIPULATION & ORDER REGARDING DEFENDANTS' RESTITUTION

7.     Accordingly, the parties stipulate that the remaining amount of restitution, $155,871.73, shall be paid by and on behalf of both Defendants within ten business days of the Court's Order in this matter.

8.     In view of the stipulation by the parties, as discussed at the time of sentencing, the restitution hearing scheduled for January 13, 2025, is vacated.

9.     The Defendants represent that each understands the content of this Stipulation and enter into it voluntarily and they have not been influenced by any person acting on behalf of any other party.

IT IS SO STIPULATED.

Dated:  January 2, 2025.                **SEGAL & ASSOCIATES, PC**

                                By:     /s/ Malcolm Segal_____
                                        MALCOLM SEGAL
                                        Attorneys for Defendant
                                        KAYED BOURI

Dated: January 2, 2025.                 **LAW OFFICES OF THOMAS A. JOHNSON**

                                By:     /s/ Thomas A. Johnson_____
                                        THOMAS A. JOHNSON
                                        Attorneys for Defendant
                                        ZAYED BOURI

Dated: January 2, 2025.                 **PHILLIP A. TALBERT**
                                        United States Attorney

                                By:     /s/ Heiko P. Coppola_____
                                        HEIKO P. COPPOLA
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

AMENDED STIPULATION & ORDER REGARDING DEFENDANTS' RESTITUTION

1

## <u>ORDER</u>

2

3        Pursuant to the stipulation of the parties and good cause appearing, the Defendants shall

4   pay a total of $155,871.73 to the United States District Court for the Eastern District of

5   California, to satisfy their  remaining restitution obligation, by and on behalf of both Defendants,

6   within ten business days of this order.  The restitution hearing currently scheduled for January 13,

7   2025, is hereby vacated.

8

9        IT IS SO ORDERED.

10  Dated:   **January 2, 2025**

11                                         DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION & ORDER REGARDING DEFENDANTS' RESTITUTION