THOMAS A. JOHNSON, SBN# 119203
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone:  (916) 442-4022

Attorney for Zayed Bouri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZAYED BOURI<br>　　　　Defendant. | Case No.: 2:22-cr-00084 DAD-2<br><br>**STIPULATION AND ORDER FOR RETURN OF PASSPORT** |

Defendant Zayed Bouri, by and through his counsel, Thomas A. Johnson, and Plaintiff United States of America, by and through Assistant United States Attorney, Heiko P. Coppola, hereby stipulate and agree that the passport previously surrendered by defendant to this court on May 5, 2022 (Docket #6), can now be returned to him. Judgment and Sentencing was entered as to defendant on October 30, 2024 (Docket #64), the defendant has satisfied his restitution obligation, and the case is now closed. The defendant will continue to abide by all conditions of his supervised probation, including requesting permission to travel during the term of probation.

/ / /

**IT IS SO STIPULATED.**

DATED:  February 13, 2025  **PHILLIP A. TALBERT**
United States Attorney

 /s/ Michelle Beckwith
Michelle Beckwith
Acting U.S. Attorney

DATE:  February 13, 2025  **LAW OFFICE OF THOMAS A. JOHNSON**

 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Zayed Bouri

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the passport previously surrendered by defendant to this court on May 5, 2022 (Doc. No. 6) should now be returned to him.

IT IS SO ORDERED.

Dated:  **February 13, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2